[L. A. No. 11046. In Bank.—May 2, 1929.]

COUNTY OF VENTURA, Petitioner, v. JASPER BARRY et al., Respondents.

James P. Hollingsworth, District Attorney, Don R. Holt, Chief Deputy District Attorney, and Merle J. Rogers for Petitioner.

Clarke & Bowker and Walter E. Barry for Respondent Barry.

Home Savings Bank of Ventura, a Corporation, *in pro. per.*

Z. B. West and Vernon W. Lilley, *Amici Curiae.*

LANGDON, This matter comes before us upon a petition for a writ of *supersedeas* to restrain the enforcement of a judgment in favor of defendant and respondent, Jasper Barry, pending the appeal of plaintiff and appellant herein from said judgment. Said appeal has been determined by this court this day (No. 11120 of the records of this court, *ante*, p. 189 [277 Pac. 333]) and the judg-

ment in favor of the defendant and respondent has been reversed. The question of the right of appellant to the restraining writ sought becomes, therefore, a moot question. The petition for the writ of *supersedeas* is denied.

Curtis, J., Seawell, J., Richards, J., Shenk, J., and Waste, C. J., concurred.

Rehearing denied.

Preston J., dissented.